JS - 6

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNE DUMBLE,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. EDCV 11-266-OP<br><br>JUDGMENT |

　　　Pursuant to the Memorandum Opinion; Order of the United States Magistrate Judge,

　　　IT IS ADJUDGED that Judgment be entered affirming the decision of the Commissioner of Social Security and dismissing this action with prejudice.

DATED: September 28, 2011

　　　　　　　　　　　　　　　　　　／s／ Oswald Parada
　　　　　　　　　　　　　　　　　　HONORABLE OSWALD PARADA
　　　　　　　　　　　　　　　　　　United States Magistrate Judge